

# U.S. District Court

### California Northern - San Jose

Receipt Date: Jun 20, 2023 3:11PM

Vikram Valame
4039 2nd Street
Palo Alto, Ca 94306

Rcpt. No: 511019020               Trans. Date: Jun 20, 2023 3:11PM               Cashier ID: #CH

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                      | 1   | 402.00 | 402.00 |

| CD | Tender      | Amt     |
|----|-------------|---------|
| CC | Credit Card | $402.00 |

| Total Due Prior to Payment: | $402.00 |
| Total Tendered: | $402.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** C23-3018 NC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.