AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California ▼

| | |
|---|---|
| Vikram Valame<br><br>*Plaintiff(s)*<br>v.<br>Joseph Robinette Biden, in his official capacity as President of the United States; Craig T. Brown, in his official capacity as Acting Deputy Director of the Selective Service System; Joel C. Spangenberg, in his official capacity as Acting Director of the Selective Service System; Steven L. Kett, in his official capacity as Regional Manager of Region III of the Selective Service System; The United States; Selective Service System, an Agency of the United States; Steven L. Kett, in his personal capacity; Ismail Ramsey, in his official capacity as U.S. attorney for the Northern District of California; John Arbogast, in his official capacity as Selective Service California State Director; John Arbogast, in his personal capacity<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. C 23 03018 NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steven L. Kett, in his official capacity as Regional Manager of Region III of the Selective Service System

These copies of the summons and complaint are to be sent by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of California (450 Golden Gate Avenue San Francisco, CA 94102)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Vikram Valame

4039 2nd Street Palo Alto, California 94306

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JUN 20 2023

Betty J. Walton

*Signature of Clerk or Deputy Clerk*