AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California ▼

| | |
|---|---|
| Vikram Valame<br><br>*Plaintiff(s)*<br>v.<br>Joseph Robinette Biden, in his official capacity as President of the United States; Craig T. Brown, in his official capacity as Acting Deputy Director of the Selective Service System; Joel C. Spangenberg, in his official capacity as Acting Director of the Selective Service System; Steven L. Kett, in his official capacity as Regional Manager of Region III of the Selective Service System; The United States; Selective Service System, an Agency of the United States; Steven L. Kett, in his personal capacity; Ismail Ramsey, in his official capacity as U.S. attorney for the Northern District of California; John Arbogast, in his official capacity as Selective Service California State Director; John Arbogast, in his personal capacity<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 5:23-cv-03018-NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ismail Ramsey, in his official capacity as the United States Attorney for the Northern District of California

Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vikram Valame

4039 2nd Street Palo Alto, California 94306


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 29 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: