AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California  ▾

Vikram Valame )
)
)
)
*Plaintiff(s)* )
)
v. )
)  Civil Action No. 23-cv-03018-NC
**Joseph Robinette Biden**, in his official capacity as President of the United States; **Craig T. Brown**, in his )
official capacity as Acting Deputy Director of the Selective Service System; **Joel C. Spangenberg**, in his )
official capacity as Acting Director of the Selective Service System; **Steven L. Kett**, in his official capacity )
as Regional Manager of Region III of the Selective Service System; **The United States**; **Selective Service** )
**System**, an Agency of the United States; **Steven L. Kett**, in his personal capacity; **Ismail Ramsey**, in his )
official capacity as U.S. attorney for the Northern District of California; **John Arbogast**, in his official )
capacity as Selective Service California State Director; **John Arbogast**, in his personal capacity )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Selective Service System, an Agency of the United States

These copies of the summons and complaint are to be sent by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of California (450 Golden Gate Avenue San Francisco, CA 94102)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Vikram Valame

4039 2nd Street Palo Alto, California 94306

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
MARK B. BUSBY
CYNTHIA G. HERNANDEZ

Date:  JUL 03 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California ▼

Vikram Valame                         )
                                      )
                                      )
                                      )
_____Plaintiff(s)_____  )
                                      )
             v.                       )
                                      )          Civil Action No. 23-cv-03018-NC
**Joseph Robinette Biden**, in his official capacity as President of the United States; **Craig T. Brown**, in his )
official capacity as Acting Deputy Director of the Selective Service System; **Joel C. Spangenberg**, in his )
official capacity as Acting Director of the Selective Service System; **Steven L. Kett**, in his official capacity )
as Regional Manager of Region III of the Selective Service System; **The United States; Selective Service** )
**System**, an Agency of the United States; **Steven L. Kett**, in his personal capacity; **Ismail Ramsey**, in his )
official capacity as U.S. attorney for the Northern District of California; **John Arbogast**, in his official )
capacity as Selective Service California State Director; **John Arbogast**, in his personal capacity )
_____Defendant(s)_____  )
                                      )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Selective Service System, an Agency of the United States

Selective Service System
1515 Wilson Bvld., Suite 500
Arlington, VA 22209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vikram Valame

4039 2nd Street Palo Alto, California 94306

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
MARK B. BUSBY     CYNTHIA G. HERNANDEZ

Date: _____ JUL 03 2023 _____

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of California ▼

| | |
|---|---|
| Vikram Valame<br><br><br><br>*Plaintiff(s)*<br>v.<br><br>**Joseph Robinette Biden**, in his official capacity as President of the United States; **Craig T. Brown**, in his official capacity as Acting Deputy Director of the Selective Service System; **Joel C. Spangenberg**, in his official capacity as Acting Director of the Selective Service System; **Steven L. Kett**, in his official capacity as Regional Manager of Region III of the Selective Service System; **The United States**; **Selective Service System**, an Agency of the United States; **Steven L. Kett**, in his personal capacity; **Ismail Ramsey**, in his official capacity as U.S. attorney for the Northern District of California; **John Arbogast**, in his official capacity as Selective Service California State Director; **John Arbogast**, in his personal capacity<br>*Defendant(s)* | Civil Action No. 23-cv-03018-NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Selective Service System, an agency of the United States

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Vikram Valame

4039 2nd Street, Palo Alto CA 94306

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  JUL 03 2023

*Signature of Clerk or Deputy Clerk*