IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Vikram Valame,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Civil No. 5:23-cv-03018-NC |
| | ) |
| **JOSEPH R. BIDEN,** *et al.*, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## PROOF OF SERVICE

I served the summons, complaint, initial case management scheduling order with ADR Deadlines (Doc. No. 2), Magistrate Judge Cousins civil standing order, Magistrate Judge Cousins settlement conference standing order, the standing order for all judges of the Northern District of California (contents of case management statement), and a notice of assignment of case to a United States Magistrate Judge for trial in the above captioned case on the **United States of America** by sending it via United States Postal Service certified mail, postage prepaid to the **Civil Process Clerk for the Northern District of California, 450 Golden Gate Ave., San Francisco, CA 94102**.  A certified mail receipt (**No. 70223330000172986171**) is attached.

Delivery was made upon said defendant on **July 10, 2023**.  Confirmation of delivery is attached.

This the 2nd Day of August, 2023.

Respectfully Submitted,

*/s/ Rajashree Valame*
Rajashree Valame
4039 2nd Street
Palo Alto, California 94306
rajvalame@hotmail.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To  Cvin y moran clark
Street and Apt. No., or PO Box No.  450 Golden Gate Ave
City, State, ZIP+4  San Francisco, CA 94102

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 0330 0001 7298 6179 7171

7/29/23, 3:10 PM                                          USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Tracking Number:**

## 70223330000172986171

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:19 am on July 10, 2023 in SAN FRANCISCO, CA 94102.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
SAN FRANCISCO, CA 94102
July 10, 2023, 10:19 am

See All Tracking History

**Text & Email Updates**                                   ∨

**USPS Tracking Plus®**                                    ∨

**Product Information**                                    ∨

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers