IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Vikram Valame,** | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) Civil No. 5:23-cv-03018-NC |
| **JOSEPH R. BIDEN,** *et al.*, | ) ) ) |
| *Defendants.* | ) ) ) |

**PROOF OF SERVICE**

I served the summons, complaint, initial case management scheduling order with ADR Deadlines (Doc. No. 2), Magistrate Judge Cousins civil standing order, Magistrate Judge Cousins settlement conference standing order, the standing order for all judges of the Northern District of California (contents of case management statement), and a notice of assignment of case to a United States Magistrate Judge for trial in the above captioned case on the **United States of America** by sending it via United States Postal Service certified mail, postage prepaid to **Merrick Garland, the Attorney General of the United States, 950 Pennsylvania Ave., NW, Washington, D.C. 20530**.  A certified mail receipt (**No. 70223330000172986119**) is attached.

Delivery was made upon said defendant on **July 14, 2023**.  Confirmation of delivery is attached.

This the 2nd Day of August, 2023.

Respectfully Submitted,
*/s/ Rajashree Valame*
Rajashree Valame
4039 2nd Street
Palo Alto, California 94306
rajvalame@hotmail.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $2.46

Total Postage and Fees   $6.61

Postmark Here
07/07/2023

Sent To: Merrick Garland.
Street and Apt. No., or PO Box No.: 950 Pennysluany Ave
City, State, ZIP+4: Waushtn DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 3330 0001 7298 6119

U.S. Postal Ser

7/29/23, 3:08 PM                                                          USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70223330000172986119

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 5:05 am on July 14, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20530
July 14, 2023, 5:05 am

**See All Tracking History**

---

**Text & Email Updates**                                                            ⌄

---

**USPS Tracking Plus®**                                                             ⌄

---

**Product Information**                                                             ⌄

                                              See Less ⌃

**Track Another Package**

| Enter tracking or barcode numbers |

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=70223330000172986119%2C%2C&tABt=true                1/2