IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Vikram Valame,** | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Civil No. 5:23-cv-03018-NC |
| **JOSEPH R. BIDEN,** *et al.*, | ) ) ) |
| *Defendants*. | ) ) ) ) |

## PROOF OF SERVICE

    I served the summons, complaint, initial case management scheduling order with ADR Deadlines (Doc. No. 2), Magistrate Judge Cousins civil standing order, Magistrate Judge Cousins settlement conference standing order, the standing order for all judges of the Northern District of California (contents of case management statement), and a notice of assignment of case to a United States Magistrate Judge for trial in the above captioned case on **Joseph R. Biden** by sending it via United States Postal Service certified mail, postage prepaid to **Joseph R. Biden, 1600 Pennsylvania Ave., NW, Washington, D.C. 20500**.  A certified mail receipt (**No. 70223330000172986133**) is attached.

    Delivery was made upon said defendant on **July 25, 2023**.  Confirmation of delivery is attached.

    This the 2nd Day of August, 2023.

    Respectfully Submitted,

*/s/ Rajashree Valame*
Rajashree Valame
4039 2nd Street
Palo Alto, California 94306
rajvalame@hotmail.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20500

| | |
|---|---|
| Certified Mail Fee $4.15 | 0193 |
| $ $0.00 | 2 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $2.46 | |
| $ | 07/07/2023 |
| Total Postage and Fees $6.61 | |

Sent To Zoe Biden
Street and Apt. No., or PO Box No. 1600 Pennsylvania Ave
City, State, ZIP+4 Washington DC 20500

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 3330 0001 7298 6139

7/29/23, 3:09 PM                                              USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70223330000172986133

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 4:01 am on July 25, 2023 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20500
July 25, 2023, 4:01 am

**See All Tracking History**

---

**Text & Email Updates**                                      ⌄

**USPS Tracking Plus®**                                       ⌄

**Product Information**                                       ⌄

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=70223330000172986133%2C%2C&tABt=true          1/2