IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Vikram Valame,** | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Civil No. 5:23-cv-03018-NC |
| **JOSEPH R. BIDEN**, *et al.*, | ) ) ) |
| *Defendants*. | ) ) ) |

## PROOF OF SERVICE

I served the summons, complaint, initial case management scheduling order with ADR Deadlines (Doc. No. 2), Magistrate Judge Cousins civil standing order, Magistrate Judge Cousins settlement conference standing order, the standing order for all judges of the Northern District of California (contents of case management statement), and a notice of assignment of case to a United States Magistrate Judge for trial in the above captioned case on **Craig T. Brown** by sending it via United States Postal Service certified mail, postage prepaid to the **Selective Service System Data Management Center, P.O. Box 94638, Palatine, IL 60094-4638**. A certified mail receipt (**No. 70223330000172986126**) is attached.

Delivery was made upon said defendant on **July 11, 2023**. Confirmation of delivery is attached.

This the 2nd Day of August, 2023.

Respectfully Submitted,

*/s/ Rajashree Valame*
Rajashree Valame
4039 2nd Street
Palo Alto, California 94306
rajvalame@hotmail.com



7/29/23, 3:12 PM                                  USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Tracking Number:**

# 70223330000172986126

Remove ✕

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 1:38 pm on July 11, 2023 in NORTH CHICAGO, IL 60064.

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
NORTH CHICAGO, IL 60064
July 11, 2023, 1:38 pm

**See All Tracking History**

**Text & Email Updates**                                                        ⌄

**USPS Tracking Plus®**                                                         ⌄

**Product Information**                                                         ⌄

                                    See Less ∧

**Track Another Package**

[ Enter tracking or barcode numbers                                            ]