UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vikram Valame<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>Joseph R. Biden, et. al.<br><br>　　　　Defendant(s) | Case No. C 5:23-cv-03018-NC<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

　　(2) Discussed the available dispute resolution options provided by the Court and private entities; and

　　(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: August 15th, 2023　　　　Signed: _[signature]_
　　　　　　　　　　　　　　　　　　　　　　Party

Date:　　　　　　　　　　　　Signed: N/A (Pro se)
　　　　　　　　　　　　　　　　　　　　　　Attorney

I have discussed the ADR process with Senior Trial Counsel Michael J. Gerardi. We agree that ADR will not be useful in this matter, and Mr. Gerardi has agreed that I can file this certification stating as much. I wish to seek an excemption from the ADR process.

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*