UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

Mark B. Busby  GENERAL COURT NUMBER
CLERK OF COURT  408-535-5363

To:   Pro Se Litigant
Re:   Representing Yourself Before This Court

Dear Pro Se Litigant:

If you are representing yourself in federal court without representation by an attorney, that is called proceeding "pro se." The court has free resources to help you find your way through the court system and procedures. The Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases. The Federal Pro Se Program is available by appointment and by walk-in when available. The Program is available at Room 2070 on the second floor in the San Jose United States Courthouse. Office hours are Monday to Thursday 9:00 a.m.–4:00 p.m. Limited scope assistance is provided by appointment and by walk-in when available. To make an appointment, please drop by the office or call 408-297-1480.

There are also online resources available on the court's webpage. The Pro Se Handbook, found at http://www.cand.uscourts.gov/prosehandbook, has a downloadable version of the court's own publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. Pay special attention to the **Civil Litigation Packets** tab on the left, which provides useful fillable forms. The Pro Se Handbook website also has a link to the Court's Electronic Case Filing (ECF) website.

*Mark B. Busby* (signature)
Mark B. Busby
Clerk, United States District Court

3