BRIAN M. BOYTON
   Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
   Director, Federal Programs Branch
TERRY M. HENRY
   Assistant Branch Director
MICHAEL J. GERARDI
   Senior Trial Counsel
   Civil Division, Federal Programs Branch
   U.S. Department of Justice
   1100 L St., N.W.
   Washington, D.C.  20005
   Telephone: (202) 616-0680
   E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIKRAM VALAME,<br><br>                Plaintiff,<br><br>      v.<br><br>JOSEPH R. BIDEN, President of the United States, *et. al.*,<br><br>                Defendants. | CASE NO.  5:23-cv-3018 NC<br><br>**NOTICE OF APPEARANCE** |

      The Clerk of the Court will please enter the appearance of Michael J. Gerardi, Senior Trial Counsel, Civil Division, as counsel of record for Defendant in the above-captioned case.

DATE:  August 24, 2023                      Respectfully submitted,

                                                    BRIAN M. BOYTON
                                                    Principal Deputy Assistant Attorney
                                                           General

                                                    TERRY M. HENRY
                                                    Assistant Branch Director

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/Michael J. Gerardi
MICHAEL J. GERARDI (D.C. Bar. No. 1017949)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Telephone: (202) 616-0680
E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Federal Defendant*s