BRIAN M. BOYTON
   Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
   Director, Federal Programs Branch
TERRY M. HENRY
   Assistant Branch Director
ANDREW E. CARMICHAEL
MICHAEL J. GERARDI
   Senior Trial Counsel
ANDREW J. RISING
   Civil Division, Federal Programs Branch
   U.S. Department of Justice
   1100 L St., N.W.
   Washington, D.C.  20005
   Telephone: (202) 616-0680
   E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKRAM VALAME,<br><br>            Plaintiff,<br><br>    v.<br><br>JOSEPH R. BIDEN, President of the United States, *et. al*.,<br><br>            Defendants. | CASE NO.  5:23-cv-3018 NC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff and Defendants in the above-captioned cases jointly request that the Case Management Conference scheduled for September 20, 2023 be continued, and that the September 13, 2023 deadline for submitting a Case Management Statement, be vacated and removed from the Court's calendar.  The parties stipulate and agree as follows:

1. Plaintiff filed the operative complaint in this case on June 20, 2023.  Upon filing the complaint, the Court ordered the parties to submit a Case Management

1. Statement on September 13, 2023, and scheduled a Case Management Conference for September 20, 2023.  ECF No. 2.

2. Plaintiff served the U.S. Attorney's Office with a copy of the complaint and summons on July 10, 2023. Accordingly, Defendants' deadline to answer or otherwise respond to the complaint is September 8, 2023.

3. Good cause exists to continue the currently scheduled case management deadlines. Defendants intend to file a motion to dismiss the complaint on or before September 8, 2023.  This motion may eliminate the need for further proceedings in this case, or substantially narrow the scope of the Plaintiff's claims.  Until the motion is ruled upon, the parties cannot meaningfully develop a case management plan as directed by Local Rule 16-10.

4. If any of Plaintiff's claims survive Defendants' motion to dismiss, the parties propose submitting a Case Management Statement thirty days after the Court decides the motion to dismiss.  The Court may then schedule a Case Management Conference, if necessary, at the convenience of the Court and the parties.

5. Approving this stipulation would not impact any other deadlines in this case. Should the Court conclude that some or all of Plaintiff's claims survive a motion to dismiss, it may revisit case management procedures at that time.

6. Defendants conferred with Plaintiff, via e-mail, on August 14, 2023 about this stipulation.  Plaintiff gave Defendants his consent to file a stipulation to vacate the case management conference deadlines.  The parties agree that this stipulation would not prejudice Plaintiff's ability to present facts should the need to resolve a factual dispute arise in the future.

7. Pursuant to Local Rule 6-2(a), undersigned counsel for Defendants has submitted a declaration in support of this stipulation.

A proposed order is attached.

DATE:  August 24, 2023                                   Respectfully submitted,

 /s/Vikram Valame                                        BRIAN M. BOYTON
Vikram Valame                                                Principal Deputy Assistant Attorney
4039 2nd St.                                                 General
Palo Alto, CA 94306
vik.valame@gmail.com                                     ALEXANDER K. HAAS
                                                             Director, Federal Programs Branch

                                                         TERRY M. HENRY
                                                             Assistant Branch Director

                                                         /s/Michael J. Gerardi
                                                         MICHAEL J. GERARDI
                                                         ANDREW E. CARMICHAEL
                                                            Senior Trial Counsel
                                                         ANDREW J. RISING
                                                            Trial Attorney
                                                            Civil Division, Federal Programs Branch
                                                            U.S. Department of Justice
                                                            1100 L St., N.W.
                                                            Washington, D.C.  20005
                                                            Telephone: (202) 514-3346
                                                            E-mail: michael.j.gerardi@usdoj.gov

                                                         *Counsel for Defendant*s

**DECLARATION**

I declare, under penalty of perjury, that the factual assertions contained in this stipulation are true and correct to the best of my knowledge.

/s/*Michael J. Gerardi*
Michael J. Gerardi
Senior Trial Counsel