# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VIKRAM VALAME,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH R. BIDEN, President of the United States, *et. al.*,<br><br>　　　　　　Defendants. | CASE NO.  5:23-cv-3018 NC<br><br>**ORDER GRANTING MOTION TO VACATE CASE MANAGEMENT CONFERENCE** |

　　Upon consideration of the parties stipulation submitted August 24, 2023, and for good cause shown, the Court hereby

　　**ORDERS** that the September 13, 2023 deadline for submission of a Case Management Report, and the Case Management Conference scheduled for September 20, 2023, are vacated and removed from the Court's calendar.

　　**IT IS FURTHER ORDERED** that the parties shall submit a Case Management Statement no later than thirty days after a decision on the motion to dismiss.

　　**IT IS SO ORDERED**


DATED:  August 24, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

