BRIAN M. BOYTON
   Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
   Director, Federal Programs Branch
TERRY M. HENRY
   Assistant Branch Director
ANDREW E. CARMICHAEL
MICHAEL J. GERARDI
   Senior Trial Counsel
ANDREW J. RISING
   Civil Division, Federal Programs Branch
   U.S. Department of Justice
   1100 L St., N.W.
   Washington, D.C.  20005
   Telephone: (202) 616-0680
   E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKRAM VALAME,<br><br>             Plaintiff,<br><br>     v.<br><br>JOSEPH R. BIDEN, President of the United States, *et. al.*,<br><br>             Defendants. | CASE NO.  5:23-cv-3018 NC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR CROSS-MOTIONS** |

   Pursuant to Local Rules 6-2 and 7-12, Plaintiff and Defendants in the above-captioned cases jointly request that the Court enter the parties mutually agreed-upon schedule for briefing Plaintiff's anticipated motion for summary judgment and Defendants' anticipated cross-motion to dismiss or, in the alternative, for summary judgment.  The parties stipulate and agree as follows:

   1.   Plaintiff filed the operative complaint in this case on June 20, 2023.  Upon filing the complaint, the Court ordered the parties to submit a Case Management Statement on September 13, 2023, and scheduled a Case Management Conference

for September 20, 2023.  ECF No. 2.

2. Plaintiff served the U.S. Attorney's Office with a copy of the complaint and summons on July 10, 2023. Accordingly, Defendants' deadline to answer or otherwise respond to the complaint is September 8, 2023.

3. On August 24, 2023, the Court granted a stipulation submitted by the parties to set aside the deadlines related to the initial Case Management Conference until after Defendants' motion to dismiss the complaint is adjudicated, if necessary.  ECF No. 27.

4. On September 1, 2023, Plaintiff expressed his intention to move for summary judgment on his official capacity claims.  After conferring on this issue, the parties are in agreement that a coordinated briefing schedule for this motion and Defendants' anticipated cross-motion to dismiss or, in the alternative, for summary judgment, will allow for the most efficient and economical presentation of the issues raised by the complaint to the Court.

5. Accordingly, the parties stipulate to continue the September 8, 2023 deadline for Defendants to answer or otherwise respond to the complaint as to Defendants who have been served in their official capacity, and agree to the following briefing schedule:

   a. Plaintiff files motion for summary judgment no later than September 15, 2023. This brief is not to exceed 25 pages.

   b. Defendants file their opposition to Plaintiff's motion and any cross-motions (to dismiss and for summary judgment) no later than September 29, 2023.  This brief is not to exceed 40 pages.

   c. Plaintiff files combined reply brief in support of motion for summary judgment and opposition to Defendants' cross motions on October 13, 2023.  This brief is not to exceed 40 pages.

   d. Defendants file reply brief in support of their cross-motion on October 27, 2023.  This brief is not to exceed 25 pages.

6.  Defendants conferred with Plaintiff, via e-mail, on September 6–7, 2023 about this stipulation.  Plaintiff gave Defendants his consent to file a stipulation to set this briefing schedule.

7.  Pursuant to Local Rule 6-2(a), undersigned counsel for Defendants has submitted a declaration in support of this stipulation.

A proposed order is attached.

DATE:  September 7, 2023                    Respectfully submitted,

*/s/Vikram Valame*
Vikram Valame
4039 2nd St.
Palo Alto, CA 94306
vik.valame@gmail.com

BRIAN M. BOYTON
  Principal Deputy Assistant Attorney
  General

ALEXANDER K. HAAS
  Director, Federal Programs Branch

TERRY M. HENRY
  Assistant Branch Director

*/s/Michael J. Gerardi*
MICHAEL J. GERARDI
ANDREW E. CARMICHAEL
  Senior Trial Counsel
ANDREW J. RISING
  Trial Attorney
  Civil Division, Federal Programs Branch
  U.S. Department of Justice
  1100 L St., N.W.
  Washington, D.C.  20005
  Telephone: (202) 514-3346
  E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Defendant*s

**DECLARATION**

I declare, under penalty of perjury, that the factual assertions contained in this stipulation are true and correct to the best of my knowledge.

/s/*Michael J. Gerardi*
Michael J. Gerardi
Senior Trial Counsel
