UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VIKRAM VALAME,

           Plaintiff,

v.

JOSEPH R. BIDEN, President of the United States, *et. al.*,

           Defendants.

CASE NO.  5:23-cv-3018 NC

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SET BRIEFING SCHEDULE FOR CROSS MOTIONS**

Upon consideration of the parties' stipulation submitted September 7, 2023, and for good cause shown, the Court hereby

**ORDERS** that the September 8, 2023 deadline for Defendants to answer or otherwise respond to the complaint as to Defendants who have been served in their official capacity is continued;

**IT IS FURTHER ORDERED** that the parties shall file cross-motions on the official capacity claims on the following schedule:

    a.    Plaintiff files motion for summary judgment no later than September 15, 2023. This brief is not to exceed 25 pages.

    b.    Defendants file their opposition to Plaintiff's motion and any cross-motions (to dismiss and for summary judgment) no later than September 29, 2023. This brief is not to exceed 40 pages.

    c.    Plaintiff files combined reply brief in support of motion for summary judgment and opposition to Defendants' cross motions on October 13, 2023. This brief is not to exceed 40 pages.

     d.     Defendants file reply brief in support of their cross-motion on October 27, 2023. This brief is not to exceed 25 pages.

**IT IS SO ORDERED**

DATED: _____, 2023            _____
                                                       NATHANAEL COUSINS
                                                        United States Magistrate Judge