Vikram Valame

4039 2nd Street Palo Alto, California 94306

(208) 994 3067

vik.valame@gmail.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Vikram Valame | Case Number: 5:23-cv-03018-NC |
| Plaintiff, | **DECLARATION OF <u>VIKRAM VALAME</u>** |
| vs. | **IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Joseph R. Biden, President of the United States, et. al. | |
| Defendants. | |

I, *Vikram Valame* declare as follows:

*[In the first paragraph, explain who you are and how you are connected to the party or events relevant to the lawsuit. If you are the Plaintiff or Defendant, say so here. If you are a witness, say how you are involved.]*

1. I am plaintiff in this lawsuit against the United States Federal Government and its officials.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. I am a male citizen of the United States.

4. In May of 2023 I attained 18 years of age.

5. After attaining the age of 18, I have never been in active-duty military service, enrolled in any military academies, imprisoned, institutionalized, hospitalized, or continuously confined to a secure facility.

6. I have not registered for the Selective Service system through any means, and do not plan to do so. I do not wish to spend my time, electricity, mobile data, or postage to register. I also do not wish to participate in an unconstitutionally discriminatory process.

7. In May of 2023, I accessed the Selective Service System's website by inputting sss.gov/register into my internet browser. That webpage displayed text stating "current law does not permit females to register". I have attached a PDF save of that web page taken from my computer on September 14th, 2023 as Exhibit A to my motion for summary judgment. Having reviewed that PDF, I can confirm that it appears identical to the webpage I viewed in May, except that the normally unclickable and unfilled checkbox for "female" is checked on the PDF.

8. Some time after learning of the discriminatory registration prohibition for women, I navigated to the "benefits & penalties" section of the Selective Service System website. This web page was located at https://www.sss.gov/register/benefits-and-penalties/. On that web page I saw that substantial penalties could be imposed on me for failing to register. The website stated that "failure to register is a felony punishable by a fine of up to $250,000 and/or 5 years imprisonment", and that failure to register would subject me to referral to the Department of Justice for investigation and prosecution. The website also stated that I could lose valuable federal job opportunities. I downloaded a PDF copy of the website onto my computer, which I have attached as Exhibit B to my motion for summary judgment. I reviewed that PDF and can confirm it accurately reflects the contents of the website that I saw.

9. I then navigated to the "Frequently Asked Questions" area of the Selective Service System's website at https://www.sss.gov/faq/. I clicked on the drop down menu titled "I just got a reminder to register in the mail. How did you get my name and address?". The website

DECLARATION OF Vikram Valame IN SUPPORT OF Plaintiff's Motion for Summary Judgment
CASE NO. 5:23-cv-03018-NC; PAGE 2 OF 3 [*JDC TEMPLATE Rev.2015*]

stated that the Selective Service System took addresses and names from public high schools to enforce draft registration. Having recently graduated a public high school, this concerned me. I have attached a PDF download of this web page as Exhibit C to my motion for summary judgement. Having reviewed this PDF download, I can confirm that it accurately reflects the web page that I previously viewed.

10. I also checked the severity of the local U.S. Attorney's enforcement of the registration requirement. After googling ""US Attorney for the northern district of California" and "selective service"", I found a web page from the department of Justice at https://www.justice.gov/usao-ndca/employment. That web page stated that the U.S. Attorney for the Northern District of California was requiring that every job applicant in his entire office be registered with the Selective Service. I have attached a PDF copy of that page as Exhibit D to my motion for summary judgment. Having reviewed the PDF I downloaded on September 14th, 2023, I can confirm that it accurately reflects the website I initially viewed.

11. Because the registration requirement stigmatizes me as more easily disposed of than women, and threatens me with criminal prosecution, I filed a lawsuit against the requirement on June 20th, 2023.

12. I certify my compliance with the Local Rules, the Federal Rules of Civil Procedure (including rule 11), and other relevant ethical standards in connection with my motion for summary judgment. I have complied with those obligations to the best of my abilities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 15th, 2023.

Signature: *[signature]*

Printed name: Vikram Valame

Address: 4039 2nd Street Palo Alto, California 94306

DECLARATION OF Vikram Valame IN SUPPORT OF Plaintiff's Motion for Summary Judgment

CASE NO. 5:23-cv-03018-NC; PAGE 3 OF 3 [*JDC TEMPLATE Rev.2015*]

Phone Number: (208) 994 3067

DECLARATION OF Vikram Valame IN SUPPORT OF Plaintiff's Motion for Summary Judgment

CASE NO. 5:23-cv-03018-NC; PAGE 4 OF 3 [*JDC TEMPLATE Rev.2015*]