# EXHIBIT A

🇺🇸 An official website of the United States government
Here's how you know



# SELECTIVE SERVICE SYSTEM

MENU

# Register

## Directions

Please complete your registration with current and accurate information. The address you provide will be used to send your Registration Acknowledgement Letter and Selective Service number. Thank you for doing your part to keep America safe and secure.

**Required information:**

- Full name
- Home address
- Social Security Number
- Email

**Not what you're looking for?**

No Social Security Number

Register with Foreign Address

Verify Registration

Men 26 & Older

Transgender People

Sex:

◯ Male   ⦿ Female

(Note: Current law does not permit females to register)

First & Middle Name:

Last Name:

(No dashes or hyphens, use a space)

Suffix:

Street or PO Box or RFD:

City:

Select State

Zip Code:

Social Security Number:

(No dashes or spaces)

Date of Birth:

(mmddyyyy)

Email:

Phone Number:

(No dashes or spaces)

How did you first learn about registration?:

Submit Registration     Reset Form

SSS FORM 1, OMB APPROVAL 3240-0002

We estimate the public reporting burden for this collection will vary from two minutes per response, including time for reviewing instructions, searching existing data sources, gathering data, and completing and reviewing the information. Send comments regarding the burden statement or any other aspects of the collection of information, including suggestions for reducing this burden to: Selective Service System, SSS Forms Officer (3240-0002), Arlington, VA 22209-2425. The OMB control number 3240-0002, is currently valid. Persons are not required to respond to this collection unless it displays a valid OMB control number.

**No Social Security Number**

If you do not have a social security number, you can visit your local post office to pick up a form or download it here. Please mail your form to:

Selective Service System
P.O. Box 94739
Palatine, IL 60094-4739

Printable Registration Form

**Voter Registration Information**

Registering with the Selective Service isn't your only civic responsibility, learn more about voter registration in your state.

Learn More



# SELECTIVE SERVICE SYSTEM

Call: 847-688-6888 or

toll-free: 888-655-1825

Hours of operation: 9:00 AM to 5:00 PM EST, Monday to Friday, except on federal holidays.

**REPORTS**

FOIA (Freedom of Information Act)

Annual Reports

Budget and Performance

Registration Compliance Data

Data

EEO Resources

Plain Language

Quality of Information

Strategic Plan

Inspector General

**QUICK LINKS**

Printable Forms

US Postal Employees

Careers

Accessibility

Privacy Policy

Terms of Use

USA.gov

Employees

Vulnerability Disclosure

Today's Military

U.S. Office of Special Counsel

**GET IN TOUCH**

Email

Twitter

Facebook

Instagram

LinkedIn