# EXHIBIT B

☐ An official website of the United States government
Here's how you know


SELECTIVE SERVICE SYSTEM

MENU

# Benefits & Penalties

## Registration is the Goal

Selective Service's mission is to register virtually all men residing in the United States. If a draft is ever needed, the process must be fair, and that fairness depends on having all eligible men register. In the event of a draft, for every man who fails to register, another man would be required to take his place in service to his country.

## Eligibility

### Register to be Eligible for Benefits and Programs Linked to Registration

A man who fails to register with Selective Service may be ineligible for opportunities that may be important to his future. He must register to be eligible for state-funded student financial aid in many states, most federal employment, some state employment, security clearance for contractors, job training

under the Workforce Innovation and Opportunity Act (formerly known as the Workforce Investment Act), and U.S. citizenship for immigrant men.

## Citizenship

The U.S. Citizenship and Immigration Services (USCIS) makes registration with Selective Service a condition for U.S. citizenship if the man first arrived in the U.S. before his 26th birthday.

## Federal Job Training

The Workforce Innovation and Opportunity Act (formerly the Workforce Investment Act (WIA)) offers programs that can train young men seeking vocational employment or enhancing their career. This program is only open to those men who register with Selective Service. Only men born after December 31, 1959, are required to show proof of registration.

## Federal Jobs

A man must be registered to be eligible for jobs in the Executive Branch of the Federal Government and the U.S. Postal Service. Proof of registration is required only for men born after December 31, 1959.

# Penalties for Failing to Register

If required to register with Selective Service, failure to register is a felony punishable by a fine of up to $250,000 and/or 5 years imprisonment. Also, a person who knowingly counsels, aids, or abets another to fail to comply with the registration requirement is subject to the same penalties.

Unless a man provides proof that he is exempt from the registration requirement, his failure to register will result in referral to the Department of Justice for possible investigation and prosecution.

In addition to potential criminal penalties, failure to register may make a man permanently ineligible for the benefits listed above.

NOTE: Some States have created additional consequences for men who fail to register.

View State Commonwealth Legislation



# SELECTIVE SERVICE SYSTEM

Call: 847-688-6888 or

toll-free: 888-655-1825

Hours of operation: 9:00 AM to 5:00 PM EST, Monday to Friday, except on federal holidays.

**REPORTS**

Annual Reports

Budget and Performance

Registration Compliance Data

Data

EEO Resources

FOIA (Freedom of Information Act)

Plain Language

Quality of Information

Strategic Plan

Inspector General

**QUICK LINKS**

Printable Forms

US Postal Employees

Careers

Accessibility

Privacy Policy

Terms of Use

USA.gov

Employees

Vulnerability Disclosure

Today's Military

**GET IN TOUCH**

Email

Twitter

Facebook

Instagram

LinkedIn