# EXHIBIT C

 An official website of the United States government
Here's how you know


SELECTIVE SERVICE SYSTEM

MENU

# Frequently Asked Questions

### General Questions

**Can I get a verification letter or registration card with my full social security number printed?** 

**I am applying for U.S. citizenship and need a Status Information Letter (SIL). How do I get one?** 

**Why aren't women required to register?** 

Case 5:23-cv-03018-NC   Document 30-4   Filed 09/15/23   Page 3 of 10

# I just got a reminder to register in the mail. How did you get my name and address? 

Selective Service received your name from one of several lists used to identify people who may be eligible to register, including lists from the following:

- Department of Motor Vehicles
- Department of Education
- Department of Homeland Security
- Department of Labor's Workforce Innovation and Opportunity Act or Job Corps Program
- Department of Defense's recruiting
- Public high schools

# Why do we need Selective Service if there may never be another draft? 

# When was registration reinstated? 

# Is a military draft constitutional? 

Registration

How can I register?

What is Selective Service registration?

What is the penalty for not registering?

I registered over a month ago and still haven't received proof of registration. In the meantime, I received a letter reminding me to register. What should I do?

I tried to register but it told me there was a problem with the information I provided and my registration can't be processed. What could it be?

I tried to register but it told me there was a problem with my SSN. What should I do?

I registered online and was told I was successfully registered, but it didn't list my name, Selective Service number, or date of registration. Am I registered?

Case 5:23-cv-03018-NC   Document 30-4   Filed 09/15/23   Page 5 of 10

**What if I am a U.S. citizen living or visiting outside the U.S. when it's time to register?** +

**Am I required to give my social security number when I register?** +

**What if it's more than 30 days after I turned 18 and I still haven't registered?** +

**I can't find "USA" in the country window when I try to register. Is there a problem?** +

# Who Needs to Register

**I'm religiously/morally opposed to war. Do I still need to register?** +

**I'm a transgender/non-binary person. Am I required to register?** +

Are disabled men, or men with medical conditions, required to register? +

Are clergymen, or male students of ministry, exempt from the Selective Service registration? +

Are undocumented males required to register? +

Who is exempt from registration? +

I'm a sole surviving son and the sole source of support for my mother. If I know I'll be exempt from serving, do I still need to register? +

My son is an only son and the last male in our family to carry the family name. Is he exempt from registration and the draft? +

What if there would be a dependency hardship on my family, would I still have to register with Selective Service? +

# Verification

How can I get multiple verifications at one time?

How can men born before 1960 get their Selective Service record?

I lost my registration card. How can I get another one?

How can I find out my Selective Service registration number?

# Change or Update Information

My last name is hyphenated. Why isn't the hyphen isn't printed on my Registration Acknowledgement card. Can I fix this?

**My name/date of birth on my Registration Acknowledgement card is incorrect. How do I fix this and how long will it take?** 

Men 26 & Older

What is the penalty for not registering? 

What if I'm over 26 years old and haven't registered? 

How can men born before 1960 get their Selective Service record? 



SELECTIVE SERVICE SYSTEM

Call: 847-688-6888 or

toll-free: 888-655-1825

Hours of operation: 9:00 AM to 5:00 PM EST, Monday to Friday, except on federal holidays.

## REPORTS

FOIA (Freedom of Information Act)

Annual Reports

Budget and Performance

Registration Compliance Data

Data

EEO Resources

Plain Language

Quality of Information

Strategic Plan

Inspector General

## QUICK LINKS

Printable Forms

US Postal Employees

Careers

Accessibility

Privacy Policy

Terms of Use

USA.gov

Employees

Vulnerability Disclosure

Today's Military

U.S. Office of Special Counsel

**GET IN TOUCH**

Email

Twitter

Facebook

Instagram

LinkedIn