# EXHIBIT D

Welcome to the new look of justice.gov. In the coming months you'll see more pages in  ×
this new design. Please share your feedback with our webmaster.

 An official website of the United States government
Here's how you know

Menu

Search

# Employment

**Employment Opportunities for: Attorneys | Students | Administrative and Support Staff**

### AUSA/Law Clerk/SAUSAs

- AUSA, Criminal Division, closes 03/31/2023 - 22-NDCA-11561345-ES
- AUSA, Civil Division, closes 04/07/2023 - 23-NDCA-11676793-ES
- SAUSA, Uncompensated - Criminal Division, Oakland, closes 3/13/2023 - 22-NDCA-11624517-ES
- SAUSA, Uncompensated - Criminal Division, San Jose, closes 03/13/2023 - 22-NDCA-11560012-ES
- Law Student Volunteer - Criminal Division, San Francisco, Application deadline 06/01/2023
- Law Student Volunteer - Criminal Division, Oakland, Application deadline 06/01/2023
- Law Student Volunteer - Criminal Division, San Jose, Application deadline 06/01/2023
- Law Student Volunteer - Civil Division, San Jose, Application deadline 06/01/2023
- Law Student Volunteer - Civil Division, San Francisco, Application deadline 06/01/2023

### Administrative and Support Staff/Pathways Program

- Supervisory Legal Assistant (Office Automation) GS-0986-9 / San Francisco Office (E-Discovery Center) 23-NDCA-11891888-DE

TOP

- Supervisory Legal Assistant (Office Automation) GS-0986-9 / San Francisco Office **(Trial & E-Discovery Center)** 23-NDCA-11891889-MS

- Legal Assistant (Office Automation), GS-0986-5/6/7 / Oakland Branch Office **(Criminal Division)** 23-NDCA-11860692-DE

- Legal Assistant (Office Automation), GS-0986-5/6/7 / Oakland Branch Office **(Criminal Division)** 23-NDCA-11860693-MS

- Paralegal Specialist GS-0950-9/11 / San Francisco Office **(Civil Division)** 23-NDCA-11888246-DE

- Paralegal Specialist GS-0950-9/11 / San Francisco Office **(Civil Division)** 23-NDCA-11888247-MS

- Student Trainee (Information Technology) GS-2299-3/4 / San Francisco Office **(Admin Division) /** 23-NDCA-11887918-PP

- Deputy Administrative Officer GS-341-14 / San Francisco Office (Admin Division) 23-CAN-12008884-MS

**Opportunities For Attorneys**

The United States Attorney for the Northern District of California recruits for Assistant United States Attorney (AUSA) or uncompensated Special Assistant United States Attorney (SAUSA) positions in the San Francisco, Oakland, and San Jose offices as vacancies occur.  Vacancy announcements for these positions are posted on our webpage as well as the Department of Justice's webpage.

Interested candidates must have a J.D. Degree, be duly licensed and authorized to practice as an attorney under the laws of a state, territory, or the District of Columbia, and possess excellent academic credentials. Trial experience is a plus. SAUSA candidates must have a minimum of one year of post-J.D. Judicial legal or other relevant experience. AUSA candidates must have a minimum of three years of licensed attorney or post-J.D. Judicial legal experience.

Salary for AUSA positions is commensurate with experience. Candidates interested in applying for specific attorney vacancies must submit a resume, cover letter, and writing sample for each posted vacancy announcement for which they would like consideration. Applicants should apply using the links above. No telephone inquiries please.

Attorneys who are interested in employment in any other district, or at the Department of Justice in Washington, D.C., should directly contact the appropriate office. For further information, contact www.usdoj.gov/oarm, or:

Office of Attorney Recruitment and Management
U.S. Department of Justice

TOP

Room 7254, Main Building

950 Pennsylvania Ave., N.W.

Washington, D.C. 20530-0001

(202) 514-3396 (24-hour Recorded Information)

## Opportunities for Students

The Northern District of California also offers student employment opportunities through the Pathways Program and Summer Law Intern / Legal Intern program as follows:

**Internship Program (Pathways Program):**

The Internship Program is designed to provide students enrolled in a variety of educational institutions with opportunities to work in agencies and explore federal careers while still in school and while getting paid for work performed. To be eligible for the Pathways Internship Program the applicant must be accepted for enrollment, or be enrolled and seeking a degree (undergraduate, graduate, diploma, certificate, etc.) in a qualifying educational institution on a full or half-time basis. Students may be employed year-round and work schedules are flexible to accommodate school schedules. During the school year, students should work between 16-20 hours per week; however, during school breaks students may work up to 40 hours per week. Students in this program are placed in excepted appointments and are eligible to earn annual and sick leave. Vacancy announcements for the Intern Program will be posted on our website and may also be posted on the following website: www.usajobs.gov. Applicants must follow individual vacancy announcement instructions to be considered for the position.

**Volunteer Legal Intern Program:**

The United States Attorney's Office offers volunteer opportunities in Legal Intern positions. The Volunteer Legal Intern program is open to law students during the academic year and during the summer.

Legal Intern positions allow students to gain experience in the Criminal or Civil Divisions, researching issues, writing memoranda of findings, briefs, motions, and by observing federal court proceedings. Applicants must have completed the first semester of his or her first year of law school to be eligible. Please see announcements for specific eligibility requirements.

Applications for Legal Intern positions should be submitted by deadlines indicated on announcement. Individuals interested in Law Clerk positions should apply using the links above.

## Opportunities for Administrative and Support Staff

TOP

The United States Attorney's Office for the Northern District of California accepts applications for employment in non-attorney positions as posted by specific job vacancy announcements or public notices.

Applications for support staff vacancies will only be accepted during the period of the time listed in the posted vacancy announcement. Support staff vacancy announcements will be posted on the following website: www.usajobs.gov as well as on this website. Interested applicants should read the entire vacancy announcement that is posted to learn about the position and for instructions on how to apply. The application process is completed online and specific instructions are provided in each announcement.

Qualification requirements for support positions vary and will be specified in each vacancy announcement.

For additional information please contact Wilson Li, Human Resources Specialist at Wilson.Li@usdoj.gov.

**Conditions of Employment**

Employment for all positions is contingent upon the satisfactory completion of a background investigation by the Department of Justice. This is a thorough investigation that includes checks with present and former employers, military records and credit bureaus. The investigation also includes verification of tax filings and attendance at institutions of higher learning. Those who are selected are subject to drug testing by urinalysis. United States Citizenship is required. You must be registered for Selective Service, if applicable. Residency requirements apply. Please see job announcement for specific information.

Equal Employment Opportunity Policy

EEO Statement.

*Updated June 20, 2023*

**Northern District of California**

Main Office:

Federal Courthouse

450 Golden Gate Avenue

San Francisco, CA 94102

TOP

San Francisco: (415) 436-7200

TTY: (415) 436-7221

Oakland: (510) 637-3680

San Jose: (408) 535-5061

Stay Connected

  



Archives

Budget & Performance

FOIA

Accessibility

Legal Policies & Disclaimers

Privacy Policy

For Employees

Information Quality

Office of the Inspector General

No FEAR Act Data

Small Business

TOP

Vote.gov

Español

## Have a question about Government Services?

Contact USA.gov

TOP