# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKRAM VALAME, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United States, *et. al.*, <br><br> Defendants. | CASE NO. 5:23-cv-3018 NC <br><br> **ORDER GRANTING REQUEST TO EXTEND TIME FOR THE SERVICE OF PROCESS** |

Upon consideration of Plaintiff's motion for extension of time submitted September 18, 2023, and for good cause shown, the Court hereby

**ORDERS** that the September 20, 2023, deadline for Plaintiff to serve process on Defendants John A. Arbogast and Steven L. Kett in their personal and official capacities is extended to October 16, 2023.

**IT IS SO ORDERED**

DATED:     September 18    , 2023         _____
                                          NATHANAEL M. COUSINS
                                          United States Magistrate Judge

*GRANTED — Judge Nathanael M. Cousins*

1