BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
   Director, Federal Programs Branch
TERRY M. HENRY
   Assistant Branch Director
ANDREW E. CARMICHAEL
   Senior Trial Counsel
   Civil Division, Federal Programs Branch
   U.S. Department of Justice
   1100 L St., N.W.
   Washington, D.C.  20005
   Telephone: (202) 514-3346
   E-mail: andrew.e.carmichael@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIKRAM VALAME,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSEPH R. BIDEN, President of the United States, *et. al*.,<br><br>                Defendants. | CASE NO.  5:23-cv-3018 NC<br><br>**NOTICE OF APPEARANCE** |

     The Clerk of the Court will please enter the appearance of Andrew E. Carmichael, Senior Trial Counsel, Civil Division, as counsel of record for Defendants in the above-captioned case.

DATE:  September 29, 2023                Respectfully submitted,

                                             */s/Andrew E. Carmichael*
                                             ANDREW E. CARMICHAEL (Virginia Bar. No. 76578)
                                             Senior Trial Counsel
                                             United States Department of Justice
                                             Civil Division, Federal Programs Branch
                                             1100 L St. NW
                                             Washington, DC 20005

Telephone: (202) 514-3346
E-mail: andrew.e.carmichael@usdoj.gov

*Counsel for Federal Defendant*s