AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-03018-NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Steven L. Kett was received by me on *(date)* Sep 22, 2023, 5:29 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Molly Kett , a person of suitable age and discretion who resides there, on *(date)* Wed, Sep 27 2023 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 09/28/2023

_____
*Server's signature*

Robert Hill

_____
*Printed name and title*

14150 E 100th Way, Commerce City, CO 80022

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 27, 2023, 8:00 pm MDT at 3057 Geneva Ct, Denver, CO 80238 received by Molly Kett. Age: 25; Ethnicity: Caucasian; Gender: Female; Weight: 125; Height: 5'10"; Hair: Brown; Eyes: Brown; Relationship: Daughter;

Documents served: SUMMONS; INITIAL COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES