# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **Vikram Valame,** | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Civil No. 5:23-cv-03018-NC |
| **JOSEPH R. BIDEN**, *et al.*, | ) ) ) |
| *Defendants*. | ) ) ) ) |

## **PROOF OF SERVICE**

    I served the summons, complaint, initial case management scheduling order with ADR Deadlines (Doc. No. 2), Magistrate Judge Cousins civil standing order, Magistrate Judge Cousins settlement conference standing order, the standing order for all judges of the Northern District of California (contents of case management statement), and a notice of assignment of case to a United States Magistrate Judge for trial in the above captioned case on **Steven L. Kett** by sending it via United States Postal Service certified mail, postage prepaid to **Buckley Space Force Base, 84 N. Aspen St. (Mail Stop 26), Colorado 80011-9526**. A certified mail receipt (**No. 9589071052701512228040**) is attached.

    Delivery was made upon said defendant on **September 26, 2023**. Confirmation of delivery is attached.

    This the 29th Day of September, 2023.

                                                       Respectfully Submitted,

                                                       */s/ Rajashree Valame*
                                                       Rajashree Valame
                                                       4039 2nd Street
                                                       Palo Alto, California 94306
                                                       rajvalame@hotmail.com



