IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Vikram Valame,** | ) |
| | ) |
|      *Plaintiff*, | ) |
| | ) |
| v. | )   **Civil No. 5:23-cv-03018-NC** |
| | ) |
| **JOSEPH R. BIDEN,** *et al.*, | ) |
| | ) |
|      *Defendants*. | ) |
| | ) |

## PROOF OF SERVICE

I served the summons, complaint, initial case management scheduling order with ADR Deadlines (Doc. No. 2), Magistrate Judge Cousins civil standing order, Magistrate Judge Cousins settlement conference standing order, the standing order for all judges of the Northern District of California (contents of case management statement), and a notice of assignment of case to a United States Magistrate Judge for trial in the above captioned case on **John Arbogast** by sending it via United States Postal Service certified mail, postage prepaid to **Buckley Space Force Base, 84 N. Aspen St. (Mail Stop 26), Colorado 80011-9526**. A certified mail receipt (**No. 9589071052701512228033**) is attached.

Delivery was made upon said defendant on **September 26, 2023**. Confirmation of delivery is attached.

This the 29th Day of September, 2023.

                                                            Respectfully Submitted,

                                                            */s/ Rajashree Valame*
                                                            Rajashree Valame
                                                           4039 2nd Street
                                                           Palo Alto, California 94306
                                                           rajvalame@hotmail.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $2.55
$
Total Postage and Fees
$

Sent To: JOHN ARBOGAST
Street and Apt. No., or PO Box No.: 89 N ASPEN ST (MAIL STOP 26) BUCKLEY SFB
City, State, ZIP+4: CO 80011-9526

Postmark Here
SEP 21 2023
09/21/2023

9589 0710 5270 1512 2280 33

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

