BRIAN M. BOYNTON
  Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
  Director, Federal Programs Branch
TERRY M. HENRY
  Assistant Branch Director
ANDREW J. RISING
  Trial Attorney
  Civil Division, Federal Programs Branch
  U.S. Department of Justice
  1100 L St., N.W.
  Washington, D.C.  20005
  Telephone: (202) 514-0265
  E-mail: andrew.j.rising@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKRAM VALAME, | CASE NO.  5:23-cv-3018 NC |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| JOSEPH R. BIDEN, President of the United States, *et. al*., | |
| Defendants. | |

The Clerk of the Court will please enter the appearance of Andrew J. Rising, Trial Attorney, Civil Division, as counsel of record for Defendant in the above-captioned case.

DATE:  September 29, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ *Andrew J. Rising*
ANDREW J. RISING (D.C. Bar. No.
  1780432)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Telephone: (202) 514-0265
E-mail: andrew.j.rising@usdoj.gov

*Counsel for Federal Defendant*s