UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VIKRAM VALAME,

                Plaintiff,

        v.

JOSEPH R. BIDEN, President of the United States, *et. al.*,

                Defendants.

CASE NO.  5:23-cv-3018 NC

**[PROPOSED] ORDER RE. CROSS-MOTIONS**

      Upon consideration of the Plaintiff's motion for summary judgment, ECF No. 30; Defendants' cross-motion to dismiss, or in the alternative, for summary judgment; the memoranda in support of, and in opposition to, these cross-motions; and the entire record in this case, the Court hereby **ORDERS** that Plaintiff's motion is **DENIED**, and Defendants' motion is **GRANTED**.

      **IT IS FURTHER ORDERED** that claims 1, 2, 3, 6, 7, and 8 of the complaint, ECF No. 1, are **DISMISSED**.

      **IT IS SO ORDERED**.

DATED: _____, 2023

                                          _____
                                          NATHANAEL COUSINS
                                          United States Magistrate Judge