BRIAN M. BOYNTON
  Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
  Director, Federal Programs Branch
TERRY M. HENRY
   Assistant Branch Director
ANDREW E. CARMICHAEL
MICHAEL J. GERARDI
  Senior Trial Counsel
ANDREW J. RISING
  Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St., N.W.
Washington, D.C.  20005
Telephone: (202) 616-0680
E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIKRAM VALAME,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOSEPH R. BIDEN, President of the United States, *et. al*.,<br><br>                    Defendants. | CASE NO.  5:23-cv-3018 NC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER STAYING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT ON BEHALF OF INDIVIDUAL CAPACITY DEFENDANTS** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff and Defendants in the above-captioned case jointly request that the Court enter an order staying the obligation to answer or otherwise respond to the complaint of the Defendants sued in their individual capacity until after the Court issues an order resolving the pending cross-motions.  *See* ECF Nos. 30, 38.  The parties stipulate and agree as follows:

*Valame v. Biden*, No. 5:23-cv-3018 NC
Stipulated Request and [Proposed] Order Staying Deadline to Answer or
Otherwise Respond to Complaint on Behalf of Individual Capacity Defendants
1

1. Plaintiff filed the operative complaint in this case on June 20, 2023. The complaint challenges the legality of the "male-only" draft registration requirement of the Military Selective Service Act, asserting claims under the Fifth Amendment and the Equal Rights Amendment ("ERA"). The parties are currently briefing substantive cross-motions as to the United States, the Selective Service System, and the various individuals who have been sued in their official capacity in this case.

2. Plaintiff also sued two Selective Service officials, Steven L. Kett and John Arbogast, in their personal capacities. Plaintiff has represented that on September 29, 2023, his agent effectuated service of process on Mr. Kett at his home. ECF No. 34. Mr. Arbogast has yet to be served in his personal capacity.

3. Plaintiff has indicated that the viability of the individual capacity claims in this case depends upon the Court's resolution of the issues raised in the pending cross-motions. Accordingly, it is appropriate to stay the obligation for the individual capacity Defendants to answer or otherwise respond to these claims until after the Court resolves these motions.

4. Accordingly, the parties propose staying the obligation of Mr. Kett and Mr. Arbogast to answer or otherwise respond to the complaint in their individual capacity, and that Defendants' answer as to the individual capacity claims be due no later than sixty days after the Court issues an order resolving the pending cross-motions. (As to Mr. Arbogast, this deadline is conditional on Plaintiff properly serving Mr. Arbogast in his individual capacity in a timely manner.)

5. Pursuant to Local Rule 6-2(a), undersigned counsel for Defendants has submitted a declaration in support of this stipulation.

A proposed order is attached.

***

*Valame v. Biden*, No. 5:23-cv-3018 NC
Stipulated Request and [Proposed] Order Staying Deadline to Answer or
Otherwise Respond to Complaint on Behalf of Individual Capacity Defendants
2

| | |
|---|---|
| DATE:  October 16, 2023 | Respectfully submitted, |
| /s/Vikram Valame | BRIAN M. BOYNTON |
| Vikram Valame |   Principal Deputy Assistant Attorney |
| 4039 2nd St. |   General |
| Palo Alto, CA 94306 | |
| vik.valame@gmail.com | ALEXANDER K. HAAS |
| |   Director, Federal Programs Branch |
| | |
| | TERRY M. HENRY |
| |   Assistant Branch Director |
| | |
| | /s/Michael J. Gerardi |
| | MICHAEL J. GERARDI |
| | ANDREW E. CARMICHAEL |
| |   Senior Trial Counsel |
| | ANDREW J. RISING |
| |   Trial Attorney |
| |   Civil Division, Federal Programs Branch |
| |   U.S. Department of Justice |
| |   1100 L St., N.W. |
| |   Washington, D.C.  20005 |
| |   Telephone: (202) 514-3346 |
| |   E-mail: michael.j.gerardi@usdoj.gov |
| | |
| | *Counsel for Defendants* |

*Valame v. Biden*, No. 5:23-cv-3018 NC
Stipulated Request and [Proposed] Order Staying Deadline to Answer or
Otherwise Respond to Complaint on Behalf of Individual Capacity Defendants
3

**DECLARATION**

I declare, under penalty of perjury, that the factual assertions contained in this stipulation are true and correct to the best of my knowledge.

/s/*Michael J. Gerardi*
Michael J. Gerardi
Senior Trial Counsel

*Valame v. Biden*, No. 5:23-cv-3018 NC
Stipulated Request and [Proposed] Order Staying Deadline to Answer or
Otherwise Respond to Complaint on Behalf of Individual Capacity Defendants
4