UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VIKRAM VALAME,

                Plaintiff,

v.

JOSEPH R. BIDEN, President of the United States, *et. al.*,

                Defendants.

CASE NO. 5:23-cv-3018 NC

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO STAY DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT ON BEHALF OF INDIVIDUAL CAPACITY DEFENDANTS**

Upon consideration of the parties stipulation submitted October 16, 2023, and for good cause shown, the Court hereby

**ORDERS** that the defendants sued in their individual capacities, Steven L. Kett and John Arbogast, shall answer or otherwise respond to the complaint, ECF No. 1, no later than sixty days after the Court rules on the pending cross-motions, ECF Nos. 30, 38. (As to Mr. Arbogast, this deadline is conditional on Plaintiff properly serving Mr. Arbogast in his individual capacity in a timely manner.)

**IT IS SO ORDERED**

DATED: _____, 2023

_____
NATHANAEL COUSINS
United States Magistrate Judge