**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIKRAM VALAME,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH R. BIDEN, President of the United States, *et. al*.,<br><br>　　　　　　　　Defendants. | CASE NO.  5:23-cv-3018 NC<br><br>**ORDER GRANTING STIPULATED REQUEST TO STAY DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT ON BEHALF OF INDIVIDUAL CAPACITY DEFENDANTS** |

　　Upon consideration of the parties stipulation submitted October 16, 2023, and for good cause shown, the Court hereby

　　**ORDERS** that the defendants sued in their individual capacities, Steven L. Kett and John Arbogast, shall answer or otherwise respond to the complaint, ECF No. 1, no later than sixty days after the Court rules on the pending cross-motions, ECF Nos. 30, 38.  (As to Mr. Arbogast, this deadline is conditional on Plaintiff properly serving Mr. Arbogast in his individual capacity in a timely manner.)

　　**IT IS SO ORDERED**


　　DATED: _____October 16_____, 2023　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

[GRANTED — Judge Nathanael M. Cousins, United States District Court, Northern District of California]

1