**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIKRAM VALAME,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSEPH R. BIDEN, President of the United States, *et. al.*,<br><br>                    Defendants. | CASE NO.  5:23-cv-3018 NC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO DISMISS CLAIMS AGAINST JOHN ARBOGAST (IN HIS PERSONAL CAPACITY) WITHOUT PREJUDICE** |

Upon consideration of the parties' stipulation submitted October 17, 2023, and for good cause shown, the Court hereby

**ORDERS** that claims 4, 5, 9, and 10 in the complaint, ECF No. 1, against John Arbogast in his personal capacity are **DISMISSED WIHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 21.

**IT IS SO ORDERED**


DATED: _____, 2023         _____
                                                                    NATHANAEL COUSINS
                                                                    United States Magistrate Judge

1