BRIAN M. BOYTON
  Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
  Director, Federal Programs Branch
TERRY M. HENRY
   Assistant Branch Director
ANDREW E. CARMICHAEL
MICHAEL J. GERARDI
  Senior Trial Counsel
ANDREW J. RISING
  Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St., N.W.
Washington, D.C.  20005
Telephone: (202) 514-0265
E-mail: andrew.j.rising@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKRAM VALAME,<br><br>                    Plaintiff,<br><br>v.<br><br>JOSEPH R. BIDEN, President of the United States, *et. al*.,<br><br>                    Defendants. | CASE NO.  5:23-cv-3018 NC<br><br>**STIPULATED REQUEST BY DEFENDANTS FOR EXTENSION OF TIME TO FILE REPLY BRIEF AND [PROPOSED] ORDER** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff and Defendants in the above-captioned cases jointly request an extension of time for Defendants to file their reply brief from October 27, 2023, to November 8, 2023.  In support of the stipulation, the parties state as follows:

1. Plaintiff filed the operative complaint in this case on June 20, 2023.  Upon filing the complaint, the Court ordered the parties to submit a Case Management Statement on September 13, 2023, and scheduled a Case Management Conference for September 20, 2023.  ECF No. 2.

2. On September 7, 2023, the parties entered a stipulation to stay Defendants' deadline to answer or otherwise respond to the complaint, and to set a briefing schedule for dispositive cross-motions as to Plaintiff's official capacity claims. ECF Nos. 28, 29.

3. Pursuant to that schedule, Plaintiff filed a motion for summary judgment on September 15, 2023, ECF No. 30; Defendants opposed that motion and filed a cross-motion to dismiss, or, in the alternative, for summary judgment on September 29, 2023, ECF No. 38; and Plaintiff filed a combined opposition to Defendants' motion and reply in support of his motion on October 13, 2023, ECF No. 39.

4. Due to a confluence of personal and professional considerations, Defendants require additional time to prepare and file their reply brief in support of their cross-motion. Mr. Gerardi is beginning parental leave on October 23, 2023; Mr. Carmichael unexpectedly had Navy Reserve duty moved from the week of October 11th to the week of October 23rd and accordingly will be unavailable for much of Defendants' currently scheduled briefing period; and Mr. Rising had an unexpected, time-sensitive briefing deadline arise in another matter.

5. The brief extension to November 8, 2023 would allow Defendants to accommodate these personal conflicts and ensure adequate time for consultation with supervisory officials at the Selective Service System and the Department of Justice, without unduly delaying consideration of the issues before the Court.

6. Defendants conferred with Plaintiff, via e-mail, on October 17, 2023, and reached agreement regarding the proposed extension.

7. Pursuant to Local Rule 6-2(a), undersigned counsel for Defendants has submitted a declaration in support of this stipulation.

A proposed order is attached.

DATE: October 18, 2023                          Respectfully submitted,

/s/Vikram Valame                                BRIAN M. BOYTON
Vikram Valame                                        Principal Deputy Assistant Attorney
4039 2nd St.                                         General
Palo Alto, CA 94306
vik.valame@gmail.com                            ALEXANDER K. HAAS
                                                     Director, Federal Programs Branch

                                                TERRY M. HENRY
                                                     Assistant Branch Director

                                                /s/Andrew J. Rising
                                                MICHAEL J. GERARDI
                                                ANDREW E. CARMICHAEL
                                                     Senior Trial Counsel
                                                ANDREW J. RISING
                                                     Trial Attorney
                                                     Civil Division, Federal Programs Branch
                                                     U.S. Department of Justice
                                                     1100 L St., N.W.
                                                     Washington, D.C.  20005
                                                     Telephone: (202) 514-0265
                                                     E-mail: andrew.j.rising@usdoj.gov

                                                *Counsel for Defendants*

## **DECLARATION**

I declare, under penalty of perjury, that the factual assertions contained in this stipulation are true and correct to the best of my knowledge.

/s/*Andrew J. Rising*
Andrew J. Rising
Trial Attorney
