UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VIKRAM VALAME,

                Plaintiff,

v.

JOSEPH R. BIDEN, President of the United States, *et. al.*,

                Defendants.

CASE NO.  5:23-cv-3018 NC

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST BY DEFENDANTS FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Upon consideration of the parties' stipulation submitted October 18, 2023, and for good cause shown, the Court hereby

**ORDERS** that Defendants file their reply brief no later than November 8, 2023.

**IT IS SO ORDERED**

DATED: _____, 2023

                                        _____
                                        NATHANAEL COUSINS
                                        United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28