
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIKRAM VALAME,<br><br>              Plaintiff,<br><br>      v.<br><br>JOSEPH R. BIDEN, President of the United States, *et. al.*,<br><br>              Defendants. | CASE NO. 5:23-cv-3018 NC<br><br>**ORDER GRANTING STIPULATED REQUEST TO DISMISS CLAIMS AGAINST JOHN ARBOGAST (IN HIS PERSONAL CAPACITY) WITHOUT PREJUDICE** |

    Upon consideration of the parties' stipulation submitted October 17, 2023, and for good cause shown, the Court hereby

    **ORDERS** that claims 4, 5, 9, and 10 in the complaint, ECF No. 1, against John Arbogast in his personal capacity are **DISMISSED WIHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 21.

    **IT IS SO ORDERED**

DATED: October 17, 2023

                                    _____
                                    NATHA[николай]
                                    United S[tates]

*GRANTED — Judge Nathanael M. Cousins* (seal: United States District Court, Northern District of California)