|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

VIKRAM VALAME,

            Plaintiff,

        v.

JOSEPH R. BIDEN, President of the United States, *et. al.*,

            Defendants.

CASE NO.  5:23-cv-3018 NC

**ORDER GRANTING STIPULATED REQUEST BY DEFENDANTS FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

      Upon consideration of the parties' stipulation submitted October 18, 2023, and for good cause shown, the Court hereby

      **ORDERS** that Defendants file their reply brief no later than November 8, 2023.

      **IT IS SO ORDERED**

DATED:  October 18, 2023



_____
NATHANAEL M. COUSINS
United States Magistrate Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28