1  Vikram Valame

2  4039 2nd Street Palo Alto, California 94306

3  208-994-3067

4  vik.valame@gmail.com

5  Pro Se *Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| Vikram Valame, | Case Number: 5:23-cv-03018-NC |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S STATEMENT OF RECENT DECISION REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| Joseph Robinette Biden, President of the United States, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiff Vikram Valame hereby brings to the Court's attention a relevant judicial opinion published after the date of Plaintiff's combined Opposition to Defendants' Motion to Dismiss or, in the alternative, for Summary Judgment. *See* Dkt. No. 38. In particular, Plaintiff cites to and attaches the November 16th, 2023, opinion of Justice Kavanaugh in *Griffin v. HM Florida-Orl, LLC*, 601 U. S. ____ (2023) (Statement of Kavanaugh, J.). More particularly, Plaintiff directs the Court's attention to the footnote of the slip opinion, on page 3.

Date: November 19th, 2023             Sign Name: _/s/ Vikram Valame_____

                                      Print Name: Vikram Valame

*Valame v. Biden*, Case No. 5:23-cv-03018
PLAINTIFF'S STATEMENT OF DECISION REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT

1