UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKRAM VALAME,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES SELECTIVE SERVICE SYSTEM, and others,<br><br>    Defendants. | Case No. 23-cv-03018-NC<br><br>**ORDER REFERRING PLAINTIFF TO THE FEDERAL PRO SE PROGRAM** |

At the December 13, 2023, hearing before this Court, plaintiff Vikram Valame reported that he understood that he was ineligible for the free services of the Federal Pro Se Program in this case because he is suing federal government defendants. The Court is not aware of any restriction that would prevent the Federal Pro Se Program from providing free advice and potentially referral to counsel in a civil lawsuit against federal government defendants. The Federal Pro Se Program is available by phone at (408)297-1480 and by appointment in the San Jose courthouse. There are also online resources available on the Court's webpage. The Pro Se Handbook, found at: http://www.cand.uscourts.gov/pro-se-litigants/, has a downloadable version of the Court's publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*.

A copy of this Order will be sent to the Federal Pro Se Program. The Court

encourages Mr. Valame to call the Federal Pro Se Program attorney if he wishes to use the free resources provided to self-represented civil litigants.

**IT IS SO ORDERED.**

Dated:  December 14, 2023   
NATHANAEL M. COUSINS
United States Magistrate Judge