Vikram Valame

4039 2nd Street Palo Alto, California 94306

(208) 994 3067

vik.valame@gmail.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Vikram Valame ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Joseph R. Biden, President of the United ) <br> States, et. al. ) <br> ) <br> Defendants. ) | Case Number: 5:23-cv-03018-NC <br><br> **SUPPLEMENTAL DECLARATION OF VIKRAM VALAME** <br><br> **IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

I, *Vikram Valame* declare as follows:

1. I am the *pro se* plaintiff in this lawsuit against the United States Federal Government and its officials.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. I have knowingly and willfully refused to register for the draft despite the purported registration requirement contained in the Military Selective Service Act and its

implementing regulations. I will not obey the registration obligation in the future (unless ordered to do so by a court).

4. I will not obey the purported notice and address updating requirements of the Military Selective Service Act or its implementing regulations (unless ordered to do so by a court).

5. On Thursday December 14th, 2023, at 11:47 a.m., I asked Andrew J. Rising, Andrew E. Carmichael, and Michael J. Gerardi via email if the government would be willing to disavow enforcement of the Military Selective Service Act against me during the pendency of my lawsuit.

6. On Friday December 15th, 2023, at 2:07 P.M., Andrew J. Rising declined my offer via email.

7. I can provide copies of this email exchange if required.

8. While studying in Germany, I applied to the "Temporary Summer Student" program with the Nuclear Regulatory Commission. The program offers paid work opportunities at the NRC's headquarters in Rockville, Maryland. I believe that I applied in either late September or Early October.

9. The Nuclear Regulatory Commission's Website & job application lists the job requirements as (1) Having United States Citizenship, (2) be attending an accredited college in pursuit of a Bachelors, Masters, or Doctoral Degree, (3) have a GPA of at least 2.85, and (4) have completed at least 30 semester-hours of work by the summer of 2024.

10. I am a United States Citizen attending an accredited college (Northeastern University). Based on my academic performance this semester and previously, I believe I will almost certainly obtain a 2.85 GPA in 30 semester-hours of classes by the summer of 2024.

11. The online application to apply for the NRC position asked (yes or no) whether I had registered with the Selective Service and whether (yes or no) I had an applicable exemption from registration. I truthfully answered "no" to the registration question because I had not

registered. I truthfully answered yes to the exemption question, because the 28th Amendment exempts me from the unlawful registration requirement.

12. While studying in Germany, I applied for the Defense Counterintelligence and Security Agency's "Student Intern: Mission Support" program. The program offers paid work opportunities in several locations around Washington D.C. I applied via email on November 13th, 2023.

13. The Defense Counterintelligence and Security Agency's application instructions included the following job requirements: (1) U.S. Citizenship, (2) Selective Service Registration, (3) a submitted resume, (4) willingness to undergo drug testing, (5) ability to report to an office on a regular basis, (6) suitability for federal employment as determined by a background check, (7) maintaining a security clearance, (8) Currently enrolled in an accredited undergraduate degree-seeking program in Fall 2024 with an expected graduation date of Spring 2025 or later, (9) have and maintain a 3.0 GPA or higher.

14. Although I cannot predict the results of a background check or security clearance registration process, I am not aware of any reasons why I would be recommended unfavorably for Federal Employment or a Security clearance. I expect to receive a GPA higher than 3.0 based on my academic performance and meet every other job requirement except Selective Service registration already.

15. I visited the Defense Counterintelligence and Security Agency's website after applying for the internship. Under a section for employment eligibility, the website stated that registration with the Selective Service was required for all men born after December 31st, 1959 and ever subject to a registration requirement.

16. Although I knew of the Selective Service registration requirement when I applied to these job positions, I did not apply for these positions for the sole or primary purpose of manufacturing standing in my pending lawsuit. I am genuinely interested in the work performed by both the Nuclear Regulatory Commission and the Defense Counterintelligence and Security

Agency. If I am accepted into either of the positions I applied for, I anticipate taking the offer unless an unexpected development occurs, or I receive a better offer from another employer.

17. The discriminatory registration requirements have caused significant anxiety in my mind over my role as a man in modern society. Not only am I anxious about the prospect of injury or death in War, I worry that my achievements and path to success are predetermined more by the coincidental alignment of chromosomes than the genuine work of myself or even my parents. The frustration I feel isn't necessarily that I will feel less success or prosperity overall, but that the method I use to pursue happiness is constricted by my sex.

18. I have reviewed an uploaded PDF copy of the Selective Service System's response to a FOIA inquiry filed by USA Today regarding certain statistics about Registration enforcement. The Document appears to bear the insignia of the Selective Service System and a signature by an officer of the Selective Service System authorized to authenticate documents. I have attached the uploaded PDF from USA Today as Exhibit E attached to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on December 19th, 2023.

Signature: *(signed)*

Printed name: Vikram Valame

Address: 4039 2nd Street Palo Alto, California 94306

Phone Number: (208) 994 3067