# EXHIBIT E



# Selective Service System

## National Headquarters | Arlington, Virginia 22209-2461
### www.sss.gov

March 22, 2019

Mr. Gregory Korte
USA Today
7950 Jones Branch Drive
McLean, VA  22108-0605

gkorte@usatoday.com

Dear Mr. Korte,

This is in response to your FOIA request dated March 21, 2019 requesting, *"1) Any State Registration Statistic Rate tables for Calendar Year 2017 to the present; 2) Any data on the number of status information letters by year, from 1980 to the present; and 3) Any data on the national Selective Service registration rate, from 1980 to the present."* Attached are responses to #1 and #2.  Please note that we have not begun to calculate the CY 2018 Registration Statistic Rates.  We normally do those calculations in April or May when all data points have been finalized.  We are gathering the data for #3 and will have that for you next week.

If you consider this response to be a denial of your request, you may file an appeal. Your appeal must be received within 90 calendar days of the date of the initial denial letter by the Director of the Selective Service.  Please address your appeal to the following office:

> Director
> Selective Service System
> 1515 Wilson Blvd.
> Arlington, VA  22209

Thank you for your inquiry. If you have any further questions, please do not hesitate to contact the Office of Public and Intergovernmental Affairs at the address above.

Sincerely,

Wadi A. Yakhour
Chief FOIA Officer

Attachments

**Registration Statistic Rates**
**18 to 25 Year Olds**

## CY2017

| State Name | 18-25yo |
|---|---|
| UNITED STATES | 91% |
| Alabama | 92% |
| Alaska | 85% |
| Arizona | 99% |
| Arkansas | 98% |
| California | 84% |
| Colorado | 82% |
| Connecticut | 97% |
| Delaware | 99% |
| District of Columbia | 51% |
| Florida | 99% |
| Georgia | 93% |
| Hawaii | 85% |
| Idaho | 99% |
| Illinois | 99% |
| Indiana | 80% |
| Iowa | 90% |
| Kansas | 94% |
| Kentucky | 88% |
| Louisiana | 99% |
| Maine | 92% |
| Maryland | 86% |
| Massachusetts | 76% |
| Michigan | 87% |
| Minnesota | 95% |
| Mississippi | 85% |
| Missouri | 89% |
| Montana | 77% |
| Nebraska | 83% |
| Nevada | 86% |

| State Name | 18-25yo |
|---|---|
| New Hampshire | 100% |
| New Jersey | 95% |
| New Mexico | 91% |
| New York | 90% |
| North Carolina | 99% |
| North Dakota | 63% |
| Ohio | 99% |
| Oklahoma | 97% |
| Oregon | 76% |
| Pennsylvania | 86% |
| Rhode Island | 88% |
| South Carolina | 92% |
| South Dakota | 94% |
| Tennessee | 92% |
| Texas | 94% |
| Utah | 93% |
| Vermont | 73% |
| Virginia | 90% |
| Washington | 85% |
| West Virginia | 87% |
| Wisconsin | 83% |
| Wyoming | 84% |

| | |
|---|---|
| Puerto Rico | 90% |
| America Samoa | 64% |
| Guam | 73% |
| N. Mariana Islands | 72% |
| Virgin Islands | 99% |



## Selective Service System Number of Status Information Letters by year, from 1980 to the Present

Below are the combined counts off of the database going back to 1990.  These are based on **Calendar** year and include favorable and unfavorable.  From our DMC Chronology: 01/25/93 began computer generating Status Information Letters (previously referred to as Advisory Opinions) instead of manually creating on PCs.  The ones before 1993 were done manually and added to system files.

| Year | Count of Letters |
| --- | --- |
| 2019 | 6507 |
| 2018 | 45639 |
| 2017 | 48101 |
| 2016 | 48612 |
| 2015 | 51112 |
| 2014 | 56343 |
| 2013 | 53646 |
| 2012 | 59174 |
| 2011 | 60985 |
| 2010 | 86424 |
| 2009 | 58250 |
| 2008 | 47731 |
| 2007 | 47409 |
| 2006 | 43581 |
| 2005 | 43714 |
| 2004 | 42937 |
| 2003 | 37319 |
| 2002 | 38807 |
| 2001 | 31323 |
| 2000 | 29202 |
| 1999 | 28369 |
| 1998 | 23993 |
| 1997 | 24568 |
| 1996 | 19720 |
| 1995 | 18315 |
| 1994 | 15790 |
| 1993 | 11355 |
| 1992 | 3561 |
| 1991 | 2527 |
| 1990 | 1376 |

Based on **Fiscal** Year with the postage statements. Numbers going back to FY 2000.  Numbers not saved prior to that.

| | |
|---|---|
| FY 2018 | 51,109 |
| FY2017 | 57,667 |
| FY2016 | 53,680 |
| FY2015 | 58786 |
| FY2014 | 61,001 |
| FY2013 | 58,105 |
| FY2012 | 68,291 |
| FY2011 | 63,619 |
| FY2010 | 86,692 (not a typo) |
| FY2009 | 52,264 |
| FY2008 | 41,819 |
| FY2007 | 39,452 |
| FY2006 | 35,314 |
| FY2005 | 32,819 |
| FY2004 | 34,450 |
| FY2003 | 25,330 |
| FY2002 | 28,618 |
| FY2001 | 23,310 |
| FY2000 | 24,548 |