BRIAN M. BOYNTON
  Principal Deputy Assistant Attorney General
ALEXANDER K. HAAS
  Director, Federal Programs Branch
TERRY M. HENRY
  Assistant Branch Director
ANDREW E. CARMICHAEL
MICHAEL J. GERARDI
  Senior Trial Counsel
ANDREW J. RISING
  Civil Division, Federal Programs Branch
  U.S. Department of Justice
  1100 L St., N.W.
  Washington, D.C.  20005
  Telephone: (202) 514-0265
  E-mail: andrew.j.rising@usdoj.gov

*Counsel for Defendant*s

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKRAM VALAME,<br><br>           Plaintiff,<br><br>     v.<br><br>JOSEPH R. BIDEN, President of the United States, *et. al*.,<br><br>           Defendants. | CASE NO.  5:23-cv-3018 NC<br><br>**JOINT STATUS REPORT** |

In accordance with this Court's order of December 13, 2023 (ECF 49), the parties submit this joint status report regarding the possibility of a settlement conference in this case.  As instructed by the Court, the parties conferred via email on December 14 and 15, 2023, and have determined that settlement is not possible at this time.  Accordingly, the parties do not wish to be referred for a settlement conference.

  DATE:  December 20, 2023                    Respectfully submitted,

| | |
|---|---|
| */s/Vikram Valame*<br>Vikram Valame<br>4039 2nd St.<br>Palo Alto, CA 94306<br>vik.valame@gmail.com | BRIAN M. BOYNTON<br>    Principal Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>    Director, Federal Programs Branch<br><br>TERRY M. HENRY<br>    Assistant Branch Director<br><br>*/s/Andrew J. Rising*<br>MICHAEL J. GERARDI<br>ANDREW E. CARMICHAEL<br>    Senior Trial Counsel<br>ANDREW J. RISING<br>    Trial Attorney<br>    Civil Division, Federal Programs Branch<br>    U.S. Department of Justice<br>    1100 L St., N.W.<br>    Washington, D.C.  20005<br>    Telephone: (202) 514-0265<br>    E-mail: andrew.j.rising@usdoj.gov<br><br>*Counsel for Defendants* |