# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VIKRAM VALAME, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil No. 5:23-cv-03018-NC |
| | ) |
| JOSEPH R. BIDEN, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

### PLAINTIFF'S REQUEST FOR LEAVE TO FILE A REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

In accordance with this court's schedule issued on December 13, 2023 (ECF No. 49), Plaintiff Vikram Valame requests that this Court allow him to file a brief (5 pages maximum) reply to "Defendants' Response to Plaintiff's Amended Complaint" (ECF No. 54). Plaintiff intends to briefly discuss why his employment related injuries are imminent, why his stigmatic injury is particularized, and why several factual assertions made by defendants should not be accepted.

This the 15th day of January, 2024.

Respectfully Submitted,

*Vikram Valame*
Vikram Valame
vik.valame@gmail.com
Palo Alto, CA 94306
Tel. (208) 994-3067

*Pro Se Plaintiff*