**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIKRAM VALAME,<br><br>                   Plaintiff,<br><br>       v.<br><br>JOSEPH R. BIDEN, President of the United States, *et. al.*,<br><br>                   Defendants. | CASE NO.  5:23-cv-3018 NC<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE REPLY TO DEFENDANTS' RESPONE TO PLAINTIFF'S AMENDED COMPLAINT** |

Upon consideration of Plaintiff's motion for leave to file a reply submitted January 15, 2024, and for good cause shown, the Court hereby

**ORDERS** that Plaintiff may file a reply to Defendants' response to Plaintiff's Amended complaint, not to exceed 5 pages, by January 22, 2024.

**IT IS SO ORDERED**


DATED: _____, 2024        _____
                                                               NATHANAEL COUSINS
                                                               United States Magistrate Judge