**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIKRAM VALAME, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United States, *et. al.*, <br><br> Defendants. | CASE NO.  5:23-cv-3018 NC <br><br> **ORDER GRANTING LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT** |

Upon consideration of Plaintiff's motion for leave to file a reply submitted January 15, 2024, and for good cause shown, the Court hereby

**ORDERS** that Plaintiff may file a reply to Defendants' response to Plaintiff's Amended complaint, not to exceed 5 pages, by January 22, 2024.

**IT IS SO ORDERED**

DATED:  \_\_\_\_\_January 16\_\_\_\_, 2024          _____
                                                NATHANAEL M. COUSINS
                                                United States Magistrate Judge

*[GRANTED stamp signed by Judge Nathanael M. Cousins, United States District Court, Northern District of California]*