Vikram Valame

4039 2nd Street Palo Alto, California 94306

(208) 994 3067

vik.valame@gmail.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vikram Valame, <br><br> Plaintiff, <br><br> vs. <br><br> Joseph R. Biden, President of the United States, et. al. <br><br> Defendants. | Case Number: 5:23-cv-03018-NC <br><br> **STIPULATED TRO BRIEFING SCHEDULE** |

Pursuant to this Court's order, (ECF 58), on Plaintiff's Emergency Motion for a Temporary Restraining Order, (ECF 57), the parties in the above captioned case have conferred on a briefing schedule. The government proposed the following schedule (all times in pacific):

- Government's Response due Sunday 1/21/24 at 11:59 p.m.
- In lieu of filing a reply, Plaintiff will (if necessary) respond to the Government's opposition at the Case Management Conference Scheduled for 10:30 a.m. on January 22nd, 2024.

Plaintiff consents to the proposed briefing schedule, and a proposed order is attached.

*/s/ Vikram Valame*                                                                                  January 19, 2024

Stipulated Briefing Schedule for Plaintiff's Motion for a TRO.