**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIKRAM VALAME, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United States, *et. al.*, <br><br> Defendants. | CASE NO. 5:23-cv-3018 NC <br><br> **[PROPOSED] ORDER SETTING STIPULAED TRO BRIEFING SCHEDULE** |

Upon consideration of the Parties' stipulation on the briefing schedule for Plaintiff's Motion for a Temporary Restraining Order filed January 19, 2024, and for good cause shown, the Court hereby

**ORDERS** that

1. Defendants file their response to Plaintiff's Motion by Sunday January 21st at 11:59 p.m.
2. Plaintiff may briefly respond to any new arguments made by Defendants' response at the January 22nd, 2024, Case Management Conference.

**IT IS SO ORDERED**

DATED: _____, 2024           _____
                                                                                                NATHANAEL COUSINS
                                                                                                United States Magistrate Judge

1