UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKRAM VALAME,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSEPH ROBINETTE BIDEN, et al.,<br><br>        Defendants. | Case No. 23-cv-03018-NC<br><br>**JUDGMENT** |

On January 20, 2024, this Court granted Defendants' motion to dismiss. Accordingly, judgment is entered in favor of Defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 20, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge