# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 5:23-cv-03018-NC

Date case was first filed in U.S. District Court: 6/20/2023

Date of judgment or order you are appealing: 1/20/2024

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Vikram Valame

Is this a cross-appeal?  ○ Yes  ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

4039 2nd Street

City: Palo Alto    State: CA    Zip Code: 94306

Prisoner Inmate or A Number (if applicable):

**Signature** *[signature]*    **Date** 1/21/2024

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                                      Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Vikram Valame |

Name(s) of counsel (if any):

| |
|---|
| |

Address: 4039 2nd Street Palo Alto California

Telephone number(s): 208-994-3067

Email(s): vik.valame@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Joseph Robinette Biden, Craig T. Brown, Joel C. Spangenberg, Steven L. Kett, The United States, The Selective Service System, Ismail Ramsey, John Arbogast |

Name(s) of counsel (if any):

| |
|---|
| Andrew E. Carmichael, Michael J. Gerardi, Andrew J. Rising |

Address: 1100 L. St. NW Washington, D.C. 20005

Telephone number(s): 202-616-0680

Email(s): michael.j.gerardi@usdoj.gov, Andrew.J.Rising@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                           1                                       Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*