**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIKRAM VALAME,<br><br>                     Plaintiff,<br><br>            v.<br><br>JOSEPH R. BIDEN, President of the United States, *et. al.*,<br><br>                     Defendants. | CASE NO. 5:23-cv-3018 NC<br><br>**[PROPOSED] ORDER GRANTING INJUNCTIION PENDING APPEAL** |

Upon consideration of the Plaintiff's application for an Injunction Pending Appeal submitted January 21st, 2024, and for good cause shown, the Court hereby

**FINDS** that

A. Plaintiff has shown serious questions going to the merits of his claims arising under the Equal Rights Amendment and the Administrative Procedures Act.

B. Irreparable injuries will be inflicted upon Plaintiff should defendants be allowed to alter the status quo by revoking his tentative offer of employment. These injuries are irreparable because money damages following trial are either unavailable or unable to compensate Plaintiff for the unconstitutional actions against him.

C. The Public Interest favors maintaining the status quo pending a final disposition of the merits on appeal.

Therefore, the Court hereby

**ORDERS** that

A. Defendants, their officers, employees, and all others acting in active concert with them having notice of this order are prohibited from taking or causing to be taken any adverse employment action against Plaintiff Vikram Valame based on his failure to register with the Selective Service System.

B. The Officials "personally responsible for compliance" with this order under 5 U.S.C.

§702 are the Director of the Selective Service System and Debby Hackett, Sr. Human Resources Specialist of the Nuclear Regulatory Commission.

C. Plaintiff is directed to promptly provide a copy of this order to Debby Hackett.

D. This order shall expire of its own force upon the issuance of the mandate from the Ninth Circuit Court of Appeals in this case.

**IT IS SO ORDERED**

DATED: _____, 2024         _____
                                        NATHANAEL COUSINS
                                        United States Magistrate Judge