Case 5:23-cv-03018-NC   Document 67-1   Filed 01/25/24   Page 1 of 3



Vikram Valame <vik.valame@gmail.com>

# U.S. NRC - Summer 2024 Student Internship (Response requested by Monday, January 22, 2024)

**Debby Hackett** <deborah.hackett@nrc.gov>　　　　　　　　　　　　　　　　　Thu, Jan 18, 2024 at 9:33 AM
To: Vikram Valame <vik.valame@gmail.com>
Cc: Debby Hackett <deborah.hackett@nrc.gov>

Vikram,

I'm contacting you regarding your request to notify you if your unregistered status for Selective Service is a concern regarding your internship offer. I've included some information below for your reference.

Programs Linked to Selective Service Registration: https://www.sss.gov/register/benefits-and-penalties/

- A man who fails to register with Selective Service may be ineligible for opportunities that may be important to his future. He must register to be eligible for state-funded student financial aid in many states, most federal employment, some state employment, security clearance for contractors, job training under the Workforce Innovation and Opportunity Act (formerly known as the Workforce Investment Act), and U.S. citizenship for immigrant men.

NRC policy regarding Selective Service Registration Status:

- A male born after December 31, 1959, who was or is required to register under section 3 of the Military Selective Service Act, and who is not so registered or knowingly and willfully did not so register before the requirement terminated or became inapplicable to him, is not eligible for employment with the NRC.

If you would like to continue with the internship offer, please register for the selective service and resubmit a corrected OF-306 by Monday, 1/22/24. If you would prefer to decline the internship offer, please respond to let me know by Monday, 1/22/24.

Regards,

Debby

---

**From:** Vikram Valame <vik.valame@gmail.com>
**Sent:** Thursday, January 11, 2024 10:45 AM
**To:** Debby Hackett <deborah.hackett@nrc.gov>
**Subject:** [External_Sender] Re: U.S. NRC - Summer 2024 Student Internship (Response requested by Tuesday, January 16, 2024)

Greetings Debby Hackett,

Thanks for reaching out to me with this acceptance.

I have attached an academic transcript containing my class schedule for this semester below. My grades for study abroad in Berlin have yet to be officially entered into Northeastern's System, but I was informed by all of my Professors that I received an A in their classes. As soon as I have official grading information, I will forward it to you.

Here are the answers you requested:

Are you a current NRC contractor? **No.**
Have you had an active security clearance or investigation within the past ten years? **No**.
Within the past two years, have you held an active clearance as a former Federal employee, contractor, or Military member? **No**.

I look forward to your email with employment documentation.

- Vikram Valame

On Thu, Jan 11, 2024 at 9:50 AM Debby Hackett <deborah.hackett@nrc.gov> wrote:

> Hi Vikram,
>
> It is my pleasure to share that you have been tentatively selected for a summer internship at the Nuclear Regulatory Commission (NRC), in the Office of Administration (ADM), Acquisition Management Division (AMD), Operations Branch A (OBA), which is located at NRC Headquarters in Rockville, MD.
>
> Here's a brief description of the internship: Assist with the processing of acquisitions (incremental funding modifications, simplified acquisitions, closeout, etc.).
>
> Additional information about ADM can be found at the following link: Administration | NRC.gov
>
> Our next step is to request that you complete the OF-306, Declaration for Federal Employment (Applicant), via the NRC's Entry on Duty System (EODS) by Tuesday, 1/16/24.  I will send the OF-306 to you today, and you will receive a system generated e-mail with instructions on how to access the system.  If you do not receive the e-mail by tomorrow please let me know.
>
> Additionally, please reply to me via email by Tuesday, 1/16/24 and provide responses to the following questions:
>
> - Are you are a current NRC contractor?
> - Have you had an active security clearance or investigation within the past 10 years?
> - Within the past 2 years, have you held an active clearance as a former Federal employee, contractor, or Military member?
>
>      - If Yes, what was the clearance level? (Top Secret, "Q", Secret, "L", Confidential, etc.)
>
>      - If Yes, which agency/branch granted the clearance?
>
> To confirm the hourly rate for your internship, please provide an official transcript that includes your grades from the Fall 2023 semester and the courses that you will be taking during the Spring 2024 semester as soon as it is available. We will then be back in touch with additional information about the internship offer and the security clearance process including fingerprinting.

If you have any questions please do not hesitate to contact me, and congratulations again!

Debby Hackett

Sr. Human Resources Specialist

Office of the Chief Human Capital Officer

U.S. Nuclear Regulatory Commission

