FILED

FEB 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIKRAM VALAME,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>JOSEPH R. BIDEN, et al.;<br><br>        Defendants - Appellees. | No. 24-369<br><br>D.C. No.<br>5:23-cv-03018-NC<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: CLIFTON and CALLAHAN, Circuit Judges.

The emergency motion for injunctive relief (Docket Entry No. 10) is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court).

The court will take no action on appellant's Notice of Constitutional Challenge to a State Statute (Docket Entry No. 9) because the Notice does not identify a challenged statute as is required for certification under 28 U.S.C. § 2403 and Federal Rule of Appellate Procedure 44.

The existing briefing schedule remains in effect.