# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 21, 2026

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 2 6 2026

FILED _____
DOCKETED _____
DATE        INITIAL

Re: Vikram Valame
v. Donald J. Trump, President of the United States, et al.
Application No. 25A835
(Your No. 24-369)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on January 21, 2026, extended the time to and including March 9, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Rashonda Garner
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Vikram Valame
3700 O Street NW
Washington, DC  20057


Mr. D. John Sauer
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526